# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 25, 2014

148376(19)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

SC: 148376
COA: 315335
Wayne CC: 09-003770-FC

DOUGLAS C. JACKSON,
          Defendant-Appellant.

_____/

On order of the Court, the motion for reconsideration of this Court's June 24, 2014 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2014



Clerk

h1117